**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 655 MAL 2017

          Respondent          :

          :    Petition for Allowance of Appeal from
          :    the Order of the Superior Court
          v.          :

PAUL DONALD WHISNER,    :

          Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.